FILED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF FLORIDA - ORLANDO**

2021 JUN 15  PM 12: 42

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

**ELENA PARTAP**

createyourworld@startmail.com

Plaintiff,

**Case #** 6:21-cv-1023

**Judge:**

CIVIL RIGHTS COMPLAINT:

42 U.S.C. § 1983: FIRST, FOURTH,
NINTH AMENDMENT,

FLORIDA CONSTITUION: ARTICLE I

vs.

PALMER'S GARDEN AND GOODS

JEFF PALMER [CEO PALMER'S GARDEN AND GOODS],

[ANDREW COMMINS] [Manager]

Defendants.

_____/

1

## COMPLAINT

Elena Partap sues Jeff Palmer [CEO Palmer's Garden and Goods], Andrew Commins [manager] and Palmer's Garden and Goods for compensatory and money damages resulting from deprivation of rights, and injunction to be able to shop at Palmer's Garden and Goods without wearing a mask, being harassed and discriminated against.

## JURISDICTIONAL ALLEGATIONS

1. This is an action for money damages in excess of $15,000. [Explained below.]

2. At all times material to this lawsuit, Jeff Palmer was the CEO for Palmer's Garden and Goods and ultimately responsible for the policies and procedures enforced at the Palmer's Garden and Goods location in Orlando, FL.

3. At all times material to this lawsuit, Andrew Commins was the Manager at the Palmer's Garden and Goods location in Orlando, FL.

4. All acts necessary or precedent to the bringing of this lawsuit occurred or accrued in Orlando, Florida.

5. Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory provisions: 28 U.S.C.A. § 1343(3) (1948) and 28 U.S.C.A. § 1331 (1948).

6. This Court has jurisdiction.

7. The defendant has to have a written policy which is consistent with the FLORIDA Civil Rights Act of 1992 as codified into Chapter 760 of the FLORIDA Statutes which prohibits the defendant, a retail business open to the public and not a private membership association or club, from the following:

F.S. §760.01
The general purposes of the FLORIDA Civil Rights Act of 1992 are to secure for all individuals within the state freedom from discrimination because of race, color, religion, sex, pregnancy, national origin, age, handicap, or marital status and thereby to protect

their interest in personal dignity, to make available to the state their full productive capacities, to secure the state against domestic strife and unrest, to preserve the public safety, health, and general welfare, and to promote the interests, rights, and privileges of individuals within the state.

(3) The FLORIDA Civil Rights Act of 1992 shall be construed according to the fair import of its terms and shall be liberally construed to further the general purposes stated in this section and the special purposes of the particular provision involved.

And further,

§760.08 Discrimination in places of public accommodation. —All persons are entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation **without discrimination or segregation on the ground of race, color, national origin, sex, pregnancy, handicap, familial status, or religion.**

### GENERAL FACTUAL ALLEGATIONS

1. Plaintiff walked into Palmer's Garden and Goods on February 27th, 2021.

2. Plaintiff was stopped in the outdoor area by a staff member and told that she needed to wear a mask.

3. Plaintiff told them that she is exempt from wearing a mask for medical and religious reasons.

4. The staff member said that it was their store policy that Plaintiff needed to wear a mask in order to be in the store and check out at the register.

5. The staff member went to bring the manager to come talk to Plaintiff.

6. Plaintiff waited for Andrew Commins (Manager) to come over.

7. Mr. Commins asked the Plaintiff needs him to bring her a mask.

8. Plaintiff informed Mr. Commins that she is exempt from wearing a mask and wearing a mask compromises her mental and physical health.

9. Mr. Commins said that Palmer's Garden and Goods doesn't accept any exceptions and that Plaintiff not wearing a mask makes him and all store customers feel uncomfortable and that it is a private business and they have the right to ask people to wear a mask even though it went against federal law.

10. Plaintiff made it extremely clear that it is a discrimination and goes against Civil Rights Act of 1964 and Federal and state Constitutions.

11. Mr. Commins repeated multiple times that the Plaintiff is putting 99% of the customers at risk without presenting any evidence of the Plaintiff being a direct threat.

12. Andrew Commins wouldn't allow Plaintiff to shop without a mask.

13. Plaintiff told Mr. Commins that Palmer's Garden and Goods is a place of public accommodation and that she wanted equal and fair access to go shopping for herself.

14. Plaintiff told Mr. Commins on the record that he is knowingly committing a federal crime by violating federal laws and refusing to provide the service.

15. On March 6th 2021 Plaintiff sent out a 'Presumptive Letter' [See Exhibit A] to Palmer's Garden and Goods addressed to Jeff Palmer via certified mail [See Exhibit B].

16. In the 'Presumptive Letter', Plaintiff explained the federal laws that Palmer's Garden and Goods policies are violating.

17. The 'Presumptive Letter' has two presumptive paragraphs that contain lawful notice and warning that the claims and charges Plaintiff made in the letter must be rebutted within 14 days of receipt and that failure to rebut, is admission to all of the claims and charges.

18. Plaintiff never received a response to the 'Presumptive Letter'.

19. On March 30th , 2021 Plaintiff sent out an 'Affidavit of Truth' [See Exhibit C] to Palmer's Garden and Goods addressed to Jeff Palmer via certified mail [See Exhibit B].

20. Plaintiff never received a response to Affidavit of Truth.

21. On May 4th , 2021 Plaintiff sent out a 'Notice of Default' [See Exhibit D] to Palmer's Garden and Goods addressed to Jeff Palmer via certified mail via certified mail [See Exhibit B].

22. Jeff Palmer did not respond to the 'Notice of Default'.

23. Palmer's Garden and Goods has no legal authority to tell Plaintiff what to do with her body.

24. Plaintiff's body is her biological property.

25. Palmer's Garden and Goods policy requires everyone entering the store to wear a mask.

26. Palmer's Garden and Goods policy denies service to anyone who refuses to wear a mask.

27. Palmer's Garden and Goods is a retail marketplace that is open to the public.

28. Palmer's Garden and Goods is a 'public accommodation' as defined by Federal law 42 U.S.C. §2000a(a) and 42 U.S.C. §2000a(b)

29. Plaintiff's religion prevents her from wearing a mask.

30. Plaintiff has a religious belief that the masks are part of a satanic ritual that she refuses to be a part of.

31. Plaintiff has a religious belief that she cannot slowly commit suicide by lowering her immune system and depriving herself of oxygen.

32. Plaintiff's body is her temple and no one can tell her what to do with it or what to put on it.

33. Plaintiff's body is her private property.

34. Plaintiff is not a 'public threat'.

35. Plaintiff is a healthy woman and poses no health risks to anyone.

36. Plaintiff has never been proven to be a 'direct threat' as defined in 42 U.S. Code § 12111(3).

37. Plaintiff has no guarantee that wearing a mask and suppressing the breathing won't activate anxiety or panic attacks from preexisting fears and mental traumas.

38. Plaintiff filmed the whole entire interaction on her phone.

39. An unrebutted affidavit stands as fact and truth. [See Exhibit E]

40. An unrebutted affidavit stands as the truth in Commerce. [See Exhibit E]

41. An unrebutted affidavit becomes the judgment in Commerce. [See Exhibit E]

## COUNT ONE : TITLE 42 - U.S.C. SECTION 1983 - CIVIL RIGHTS ACTION FOR DEPRIVATION OF RIGHTS.

42. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.

43. Mask wearing has never been mandated by the State of Florida.

44. Palmer's Garden and Goods policy is in accordance with Orange County, Florida executive order of mask mandates and regulations.

45. Plaintiff's right to freedom of religion is protected by the first amendment of the Constitution of the United States of America.

46. Plaintiff's right to freedom of speech is protected by the first amendment of the Constitution of the United States of America.

WHEREFORE Plaintiff demands judgment for compensatory damages against Jeff Palmer, Andrew Commings and Palmer's Garden and Goods, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT TWO: TITLE 18 U.S.C. SECTION 242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.

47. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.

WHEREFORE Plaintiff demands judgment for compensatory damages against Jeff Palmer, Andrew Commings and Palmer's Garden and Goods, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT THREE: 42 U.S.C. § 2000A - PROHIBITION AGAINST DISCRIMINATION OR SEGREGATION IN PLACES OF PUBLIC ACCOMMODATION

48. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.

49. Palmer's Garden and Goods is a "public accommodation" as defined in Title II of the Civil Rights Act, 42 U.S.C. §2000a(b).

50. Palmer's Garden and Goods is a "public accommodation" as defined in Title III of the Civil Rights Act, Reg 28 CFR §36.104

51. Palmer's Garden and Goods is prohibited from "denial of participation" as stated in Federal law 28 CFR §36.202.

52. Plaintiff was denied "participation" and "equal service" at Palmer's Garden and Goods according to Civil Rights Act Title III, Sections §36.202(a)(b)(c) and §36.203(a)(b)(c)

WHEREFORE Plaintiff demands judgment for compensatory damages against Jeff Palmer, Andrew Commings and Palmer's Garden and Goods, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

**COUNT FOUR:** 42 U.S.C. § 1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

75. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.

WHEREFORE Plaintiff demands judgment for compensatory damages against Jeff Palmer, Andrew Commings and Palmer's Garden and Goods, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT FIVE: CIVIL RIGHTS ACT OF 1964 - TITLE II—INJUNCTIVE RELIEF AGAINST DISCRIMINATION IN PLACES OF PUBLIC ACCOMMODATION

76. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.

WHEREFORE Plaintiff demands judgment for compensatory damages against Jeff Palmer, Andrew Commings and Palmer's Garden and Goods, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT SIX: HARRASMENT

80. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.

81. Plaintiff entered Palmer's Garden and Goods on February 27th, 2021 to peacefully shop and was stopped and told to wear a mask.

1.  Plaintiff wasn't allowed in to shop without putting on a mask.
2.  Plaintiff's shopping experience was completely interfered with and she was not able to shop for needed supplies.
3.  Andrew Commins was raising his voice and was extremely rude towards Plaintiff.

WHEREFORE Plaintiff demands judgment for compensatory damages against Jeff Palmer, Andrew Commings and Palmer's Garden and Goods, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT SEVEN: FALSE IMPRISONMENT

4.  Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.
5.  Andrew Commins denied Plaintiff entry into Palmer's Garden and Goods which is a public accommodation.
6.   Andrew Commins restricted Plaintiff's freedom of movement into Palmer's Garden and Goods.

 WHEREFORE Plaintiff demands judgment for compensatory damages against Jeff Palmer, Andrew Commings and Palmer's Garden and Goods, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

ELENA PARTAP

10510 MANASSAS CIR,

ORLANDO, FL, 32821

CREATEYOURWORLD@STARTMAIL.COM

[407-963-4482]

## STATE OF FLORIDA, ORANGE COUNTY

BEFORE ME personally appeared Elena Partap who, being by me first duly sworn, executed the foregoing in my presence and stated to me that the facts alleged therein are true and correct according to her own personal knowledge.

Notary Public

Date: 6/3/21

My commission expires: 8/9/24

AIDAN RODGERS
Notary Public - State of Florida
Commission # HH 030261
My Comm. Expires Aug 9, 2024

—

**EXHIBIT A**

**Presumptive letter sent to Jeff Palmer**



CONSTITUTIONAL
LAW GROUP

**Jeff Palmer**
**President**
**Palmer's Garden and Goods**
**2611 CORRINE DRIVE**
**ORLANDO, FL 32803**

This letter is lawful notification to you pursuant     to the  Bill of Rights of the National
Constitution, the Supreme Law of the Land,   in particular, I, IV, IX, X and XIV Amendments,
and the Pennsylvania State Constitution in particular,      Articles, 1 Declaration of  Rights: §1
Inherent Rights of Mankind, §2 Political Powers, §3 Religious Freedom, §7 Freedom of Press
and Speech, §25, Reservation of Powers in People, §26, No Discrimination by Commonwealth
and its Political Subdivisions. You have also violated the Civil rights Act of 1964 which is well
established law.  Pursuant To your  limited authority as a public corporation to enforce any
unlawful mandates this requires your   written response to me within 14 (fourteen) days as
stipulated, and rebut, with particularity, everything in this letter with which you disagree is your
lawful, legal and binding agreement with and admission to the fact that everything in this letter is
true, correct, legal, lawful and binding upon you,  in any court, anywhere in America, without
your protest or objection or that of those who represent you. Your silence is your acquiescence.
See: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal
responsibility is "the first essential of due process of law."   Also, see: U.S. v. Tweel, 550 F. 2d.
297.  "Silence can only be equated with fraud where there is a legal or moral duty to speak or
where an inquiry left unanswered would be intentionally misleading."You are bound as a public
corporation to uphold and support the Constitution of the United States and the Constitution of
Pennsylvania, and pursuant to this binding you are required to abide by the authority of said
Constitutions. Pursuant to Marbury v. Madison, (1803), all laws repugnant to the Constitution
are null and void.   Your charges and your actions are repugnant to the Constitutions, thus, are
without the weight of law and without valid authority.

**Page 1 of 4**



By your actions against  me, committed on February27th, 2021,
In Palmers Garden and Goods store,
Where your  employee  Andrew Commins who chose to report        unlawful  and untrue actions
against me by which you, contrary to the Supreme Law: (1) Discriminated against me (2) where
you unlawfully forced me to wear a mask, (3)unlawfully denied me the service, (4) referred to me as a threat
 and, (5) violated my Constitutionally protected rights and in so doing,  you acted in sedition and
insurrection against the Constitutions, both federal and state, and in treason against the People, in
the instant case, me.  I displayed no errant behavior and harmed no one , yet, Andrew Commins
made an unwarranted,   unlawful  assumption or  presumption,   not based on any fact, law or
evidence, that I have "made other customers uncomfortable and "put a risk on him".

## Palmer's Garden and Goods,

You have knowingly and willingly humiliated me and violated my constitutionally protected
rights  by unlawfully denying me the service.
                                        The 1st  Amendment states, "**Congress shall make no
law respecting an establishment    of  religion,  or prohibiting  the  free exercise thereof;       or
abridging the freedom of speech,    or of the press; or the right of the people peaceably to
assemble, and to petition the Government for a redress of grievances."**  You have unlawfully
knowingly and willingly discriminated against me and forced me to wear a mask to be able to purchase
the goods  and  it is a well established fact supported by evidence that mask wearing is a
main cause that  contributes to hypoxia,  hypoxemia and hypercapnia among other grave health
issues.

**2 of 4**



Through this entire process you unlawfully violated my rights and discriminated against me and denied me service in the store  in clear violation of well established law. You had no lawful authority to make assumptions or presumptions about me and my family and forced me to leave. I was exercising my lawful right to be secure in my own property and to pursue happiness as I so choose to and also exercising my freedom of speech. If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 14 (fourteen) days of this letter's date, and support your disagreement with evidence, fact and valid Law. Your  failure to respond,   as stipulated,  is your  agreement  with and admission to the fact   that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you. binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

Elena Partap

10510 Manassas Cir

Orlando, Fl, 32821

**3 of 4**



# NOTARY STATEMENT

In the State of Florida,

County of _Orange_

I swear that on this ___5th___ day of _March_ , ~~2020~~ 2021 м.s

the above named Affiant/Declarant, Elena Partap ___, personally appeared before me,

and of his own free will, signed and executed this Affidavit/Declaration of Truth.

Notary Public

My Commission Expires: _Jan 28, 2025_

Seal:

**4 of 4**

NICHOLAS AARON SWASEY
Notary Public - State of Florida
Commission # HH 086412
My Comm. Expires Jan 28, 2025

# EXHIBIT B

## Certified Mail Receipts

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 1810 0000 0212 4642

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees

Sent To _Palmer's Garden_
Street and Apt. No., or PO Box No. _611 Corrine Dr_
City, State, ZIP+4® _Orlando, FL, 32803_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 2450 0000 9210 9061

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees
$ _4.85_   _3/30/21_

Sent To _Jeff Palmer_
Street and Apt. No., or PO Box No. _611 Corrine Drive_
City, State, ZIP+4® _Orlando, FL, 32803_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7021 0350 0001 0086 0405

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees
$ _4.15_   _6/5/21_

Sent To _Jeff Palmer_
Street and Apt. No., or PO Box No. _611 Corrine Drive_
City, State, ZIP+4® _Orlando, FL, 32803_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

17

**EXHIBIT C**

**Affidavit of Truth sent to Jeff Palmer**

## AFFIDAVIT/DECLARATION OF TRUTH

**To: Jeff Palmer**

**President**

**Palmer's Garden and Goods**

**2611 Corrine Drive**

**Orlando, FL, 32803**

I, Elena Partap, living at 10510 Manassas Cir., Orlando, Fl, 32821, the undersigned, make this Affidavit/Declaration of Truth of my own free will, and I hereby affirm, declare and swear, under my oath and under the pains and penalties of per jury under the laws of the United States of America and of this state, that I am of legal age and of sound mind and hereby attest that the statements, averments and information contained in this Affidavit/Declaration are true and correct to the best of my knowledge.

This Affidavit/Declaration of Truth is lawful notification to you **Jeff Palmer,** and is hereby made and sent to you at Palmer's Garden and Goods pursuant to the national Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and The Florida Constitution: **Articles, 1 Declaration of Rights**: §1 Political Rights, §2 Basic Rights, §3 Religious Freedom.

You have also violated the **Civil Rights Act of 1964** which is well established law.

This requires your written rebuttal to me, in kind, specific to each and every point of the subject matter stated herein, within 21 (twenty-one) working days, via your own sworn and notarized affidavit, using true fact, valid law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed that your failure to respond, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit/Declaration, is your lawful, legal and binding tacit agreement with and admission to the fact that everything in this Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any court in America, without your protest or objection and that of those who represent you.

## AFFIDAVIT/DECLARATION OF TRUTH

1. I came to the store with my husband and two small kids on February 27th 2021. We were in the outdoors area selecting terracota pots. We were not wearing a mask, but respectfully keeping out distance and didn't cause any attention. One of the employees came to us and asked if we have masks and that they are mandatory for a checkout and shopping. We answered that we are exempt for religious and medical reasons. After a couple of minutes a manager Andrew Commins came to us and said that there are no exemptions in the store. I said that there are exemptions by the law and wearing a mask causes mental and physical damage to me, as well as covering my face is against my religious beliefs. Andrew interrupted me repeating that there are no exemptions and our presence makes everybody uncomfortable. Other than him starting raising his voice no single person in the store paid any attention at us shopping there. Andrew said that since it is a private business they have the right to make people to wear a mask or leave (which goes in a direct violation of Civil Rights Act of 1964 and definition of a "private business"). Andrew accused us being a threat by saying that longer he talks to us, more risk we put at him. He said that he can't make us wear the mask, but we have to leave the store. He rudely left us and we waited for more than 5 minutes until we found him again.

He apologized for being rude, but repeated that we are putting 99% of the customers at risk without providing any medical evidence. He said that he follows the county law which was inaccurate and I pointed to him that no order can supercede the Law and Constitution. Andrew knowingly violated Civil Rights Act of 1964 which is a federal crime. He showed abcence of any knowledge of basic civil rights saying that they are a private business and not a public business and a private business has the right to refuse service which is a total discrimination. Andrew made a point to repeat again for my camera that by not wearing a mask we are putting his business at risk. According to Title III of the U.S. Civil Rights Act, § 36.208, "In determining whether an individual poses a direct threat to the health and safety of others, a public accommodation must make an individualized assessment, based on reasonable judgement that relies on current medical knowledge or the best available objective evidence."

2. We never raised our voice. But we needed to ask Andrew to lower his voice a couple of times. Masks were never mandated by Florida Governor Ron DeSantis. We were shopping without masks anywhere in Orange county and surrounding counties for over a year and the exemptions were always respected since otherwise it would be a discrimination and violation of the law. Palmer's Garden and Goods is a place of public accomodation and is engaged in commerce and we were there during the hours of operation.

## AFFIDAVIT/DECLARATION OF TRUTH

Palmer's Garden and Goods violated the sacred trust with its acts of discrimination and trespass of my religious conviction and my mental and physical health by forcing me to restrict my breathing to be able to buy goods.

Any act committed by you, Palmer's Garden and Goods either supports and upholds the Constitutions, or opposes and violates them. You are in violation of the national and state Constitutions and are in clear violation of **Title 18 U.S.C. section 242 - Deprivation of rights under color of law. Title 18 U.S.C. 1038 - False information and hoaxes. Title 18 U.S.C. 1001 - statements or entries generally.**

**Title 18 U.S.C. section 1512B - Engages in misleading conduct. Title 18 U.S.C. section2071 - concealment, removal, or mutilation generally. Title 26 U.S.C. section 7214- offenses by officers and employees of the United States. Title 42 - U.S.C. section 1983 - Civil rights action for deprivation of rights. Title 42 U.S.C. section 1985 (3) - conspiracy to interfere with civil rights. Title 42 U.S.C. 2000a (a). Civil rights act of 1871, 42 U.S.C. 1985.**

**Any act committed by you, Palmer's Garden and Goods either supports and upholds the Constitutions, national and state, or opposes and violates them.**

Palmer's Garden and Goods, you have no constitutional authority, or any other form of valid, lawful authority, to knowingly and willingly enforce false mandate. You have no constitutional authority to knowingly and willingly enforce wearing of masks or social distancing.

Any person and/or corporations receiving any government subsidies is in compliance with a government faction which can and shall be held to the same standards, laws, pains and penalties as any and all government agencies who violate willingly and knowingly the rights of We the People from which those subsidies were derived.

However, despite the above-stated factual, lawful positions, your unconstitutional actions, as described throughout this Affidavit/Declaration of Truth, clearly demonstrate how you have violated all of the above lawful positions, the Constitutions, acted against the public good by

## AFFIDAVIT/DECLARATION OF TRUTH

knowingly and willingly violating the public trust and committing sedition and insurrection.

Please note that, as stated above and below, if you fail to specifically rebut, in kind, any of the charges, claims and positions set forth in this Affidavit/Declaration, then, you at Palmer's Garden and Goods knowingly and willingly tacitly admit to them, and these admissions will be lawfully used against Palmer's Garden and Goods. The following paragraphs and others throughout this Affidavit/Declaration describe some of Palmer's Garden and Goods unlawful, unconstitutional actions, which have harmed me and others. Palmer's Garden and Goods, You have knowingly and willingly humiliated me and violated my constitutionally protected rights by unlawfully denying me the service.

The 1st Amendment states, **"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or a bridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."**

You have unlawfully knowingly and willingly discriminated against me and forced me to wear a mask to buy goods and it is a well established fact supported by evidence that mask wearing is a main cause that contributes to hypoxia, hypoxemia and hypercapnia among other grave health issues. Wearing masks creates a bacterial cesspool over the mouth and nose and it forces one to inhale their own waste product, carbon dioxide which is poisonous to the bloodstream and entire organ system and immune system. Your unlawful actions, which have no basis in any proven medical research have with grave consequence unlawfully and inhumanely would block the flow of oxygen which is an unlawful act that would have harmed me.

The masks are harmful to my body by causing low oxygen levels, increased carbon dioxide levels and anxiety attacks. I would also be traumatized by wearing the mask and not able to see the faces or emotions of the people surrounding me which caused extreme anxiety. My body is my biological property therefore you have no lawful authority to ask me about my medical condition or tell me to wear a mask or to social distance.

The 4th amendment states, **"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."**

## AFFIDAVIT/DECLARATION OF TRUTH

Lawful notification has been provided to you **Jeff Palmer**, stating that if you do not rebut the statements, charges and averments made in this Affidavit/Declaration, then, you at Palmer's Garden and Goods knowingly and willingly tacitly agree with and admit to them. Pursuant to that lawful notification, if Palmer's Garden and Goods does disagree with anything stated under oath in this Affidavit/Declaration of Truth, then rebut to me that with which you disagree, with particularity, within twenty one (21) days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America and this state of Florida.

An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this Affidavit/Declaration of Truth is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent Palmer's Garden and Goods.

## AFFIDAVIT/DECLARATION OF TRUTH

No remedy less than $25000 (twenty five thousand Dollars) can even be considered for the injury and harm caused by the willingly and knowingly deprivation of my unalienable rights under Palmer's Garden and Goods blatant disregard for my rights, and well established laws against discrimination and blatant disregard to their charter of commerce for which shall and should be in all matters of commerce be revoked and the matters of common law and writs of quo warranto shall and should be as a matter of law and commerce revoked pursuant to all articles prescribed by the Constitution and contract law. Remedy of the trespasses perpetrated unlawfully under the guise of Color of Law Title 18 U.S.C. section 242 must be awarded to the plaintiffs for the utter failure to conform and adhere to any and all rights prescribed under and within the charter and constitution for the United States of America. All thoses acting and performing any and all acts contrary outside the public trust have no immunity or suits restricting liability or harm and injury for their neglect or abuse of the rights of We the People.

Affiant further sayeth naught.

All Rights Reserved,

_____     _____
Elena Partap/Affiant/Declarant Date

23

## NOTARY STATEMENT

In the State of _Florida_

_Orange_ _____ County

I swear that on this ___30th___ day of ___March___ 2021,

The above named Affiant/Declarant, Elena Partap, personally appeared before me, and

of her own free will, signed and executed this Affidavit/Declaration of Truth.

_____

Notary Public

My Commission Expires: _Jan 28, 2025_

Seal:

NICHOLAS AARON SWASEY
Notary Public - State of Florida
Commission # HH 086412
My Comm. Expires Jan 28, 2025

**NOTICE OF DEFAULT**

To: PALMER'S GARDEN AND GOODS

   JEFF PALMER

   **2611 Corrine Drive Orlando, FL, 32803**

Dear Mr. Palmer,

This Notice of Default is in regards to the Affidavit of Truth which you received on April 1st 2021 and didn't take any action to remedy the violations and come to the agreement.

Be advised that as of the date of this notice that YOU ARE IN DEFAULT DUE TO THE FOLLOWING: your deprivation of my civil rights, and injunction to be able to shop at Palmer's Garden and Goods without wearing a mask, being harassed and discriminated against.

You have 3 days to cure this Default. If you do not remedy this Default within the allowed time, I will take further action to protect my rights.

This Notice is made under all applicable laws with the rights reserved under this Notice.

Sincerely,

Elena Partap

Signature:

Address: 10510 Manassas Cir, Orlando, Fl, 32821

Email: createyourworld@startmail.com

**FLORIDA INDIVIDUAL ACKNOWLEDGMENT**
F.S. 117.05(13)

State of Florida

County of _Orange_ }

The foregoing instrument was acknowledged before me by means of

☒ Physical Presence,

— OR —

☐ Online Notarization,

this _3_ day of _June_, _2021_, by
    *Date*      *Month*      *Year*

_Elena Partap_
*Name of Person Acknowledging*

_____
*Signature of Notary Public — State of Florida*

_Aidan Rodgers_
*Name of Notary Typed, Printed or Stamped*

AIDAN RODGERS
Notary Public · State of Florida
Commission # HH 030261
My Comm. Expires Aug 9, 2024

*Place Notary Seal Stamp Above*

☐ Personally known

☒ Produced Identification

Type of Identification Produced: _FL State_
_Drivers License_

---

OPTIONAL

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Notice of Default_

Document Date: _____ Number of Pages: _1_

Signer(s) Other Than Named Above: _N/A_

---

©2020 National Notary Association

M1304-11 (11/20)

## <u>EXHIBIT E</u>

### Commercial Law Maxims

1. A workman is worthy of his hire.

   Legal maxim: It is against equity for freemen not to have the free disposal of their own property.

2. All are equal under the Law.

   Legal maxim: No one is above the law.

3. In Commerce truth is sovereign.

   Legal maxim: to lie is to go against the mind.

4. Truth is expressed by means of an affidavit.

   Legal maxim: (none)

5. An unrebutted affidavit stands as the truth in Commerce.

   Legal maxim: He who does not deny, admits.

6. An unrebutted affidavit becomes the judgment in Commerce.

   Legal maxim: (none . . . concept of the duel without weapons)

7. A matter be expressed to be resolved.

   Legal maxim: He who fails to assert his rights has none.

8. He who leaves the field of battle first loses by default.

   Legal maxim: He who does not repel a wrong when he can, occasions it.

9. Sacrifice is the measure of credibility.

   Legal maxim: He who bears the burden ought also to derive the benefit.

10. A lien or claim can be satisfied only through rebuttal by Counter affidavit point-for-point, resolution by jury, or payment

    Legal maxim: If the plaintiff does not prove his case, the defendant is absolved.