CASE NO. 6:21-CV-1023-WWB-EJK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ELENA PARTAP,

Plaintiff,

v.

PALMER'S GARDEN AND GOODS, JEFF PALMER [CEO PALMER'S GARDEN AND GOODS], ANDREW COMMINS [MANAGER],

Defendants.

_____

CASE NO. 6:21-CV-1023-WWB-EJK

### PLAINTIFF'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO DEFENDANTS

COMES NOW Plaintiff, ELENA PARTAP, pursuant to Fed. R. Civ. P. 1.340, hereby request Defendants, PALMER'S GARDEN AND GOODS, JEFF PALMER, and ANDREW COMMINS, respond to the attached First Set of Interrogatories within thirty (30) days.

### FIRST SET OF INTERROGATORIES TO DEFENDANTS

1. What is the name and address of the person answering these Interrogatories and, if applicable, the person's official position or relationship with the party to whom the Interrogatories are directed?

2. State the form of your organization, the date and place the organization was organized and registered and/or licensed to do business.

CASE NO. 6:21-CV-1023-WWB-EJK

3. At the time of the events alleged in the Complaint, was there in effect any State or local county policy which you used as a basis for your mask requirement? If so, for each policy state:

   a. the name and number of the policy/executive order.

   b. the date you implemented this policy in the store.

   c. whether any reservations of rights or controversy or disputes exist between you and the establishment originating this policy/order?

4. Have you ever received a government funding for implementing a mask policy?

5. State the average amount of transactions Palmer's Garden and Goods performs monthly.

6. Have any of the Defendants been convicted of a crime, including fraud and tax related crime? If so, state as to each conviction the specific crime and the date and place of conviction.

7. What reasonable modifications did Andrew Commins offer to the Plaintiff to let her purchase the goods?

8. Have you been a subject to inspection(s) of your compliance with county's executive order of the county's mask requirement as it was referenced by the manager Andrew Commins at the time of the incident? If so, state the date and outcome of this inspection.

9. What law or a legal action was used by the manager Andrew Commins to identify Elena Partap as a public threat?

10. Please identify all documents in your possession which support your responses to these interrogatories.

11. Identify each person, other than counsel, who provided information or assisted you with respect to the preparation of the answers to the foregoing interrogatories, and identify the specific interrogatories for which each person provided information or assistance, and the substantive information provided by each person and/ or the type of assistance each person rendered.

12. Are you insured under any statute for the damages, claims, or actions alleged in the Complaint?

13. If you contend that someone other than you is responsible in, whole or in part, for the damages alleged in the Complaint please state all facts supporting your contention.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on this 21st day of September, 2021, and the foregoing document is being

served this day on all counsel or parties of record on the Service List below, by USPS mail and by email to Tgilbert@wickersmith.com.

**SERVICE LIST**

Michael E. Reed,

Attorneys for Palmer's Garden and Goods, Jeff Palmer, and Andrew Commins
100 N. Tampa St., Suite 1800
Tampa, FL 33602
Phone: (813) 222-3939
Fax: (813) 222-3938

## VERIFICATION PAGE

_____
Elena Partap

STATE OF  Florida  ,
COUNTY OF  Orange  , ss:

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this  21st  of  September , 20 21  by  Elena Partap  (name of person acknowledging), who is personally known to me or who has produced  FLDL  (type of identification) as identification.

_____
Signature of Notary

 Philip Grant 
Name typed, printed, or stamped

PHILIP GRANT
Notary Public - State of Florida
Commission # HH 112017
My Comm. Expires Mar 31, 2025

 Notary Public 
Title or rank

 HH 112017 
Serial number, if any